UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **MARCO INVESTMENT CO., a California General Partnership;** <br> **EXCALIBUR PIZZA LLC, a California Limited Liability; and Does 1-10**, <br><br> Defendants, | **Case No**. 2:17-CV-01194-JAM-DB <br><br> ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants Marco Investment Co., a California General Partnership; Excalibur Pizza LLC, a California Limited Liability ("Defendants") hereby stipulate to extend the deadline to file Dismissal to July 15, 2018.

IT IS SO ORDERED.


Dated: 6/15/2018　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　 United States District Court Judge